

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2015

No. 04-14-00548-CR

Leopoldo Cortez-**LEIJA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5437
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due May 6, 2015. No further extensions will be granted.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court